# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141793

THELMA JOHNSON, Personal Representative
of the Estate of CARL JOHNSON,
        Plaintiff-Appellee,

v

                                          SC: 141793
                                          COA: 287587
HURLEY MEDICAL GROUP, P.C., doing        Genesee CC: 00-069254-NH
business as HURLEY MEDICAL CENTER,
        Defendant-Appellee,

and

DR. MOONGILMADUGU INBA-VASHVU, M.D.,
        Defendant-Appellant,

and

KENNETH JORDAN, M.D.,
        Defendant.
_____/

On order of the Court, the application for leave to appeal the August 12, 2010 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Green v Pierson* (Docket No. 140808) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2011

_____
Clerk

d0131